IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

ADAM J. STARKS,

Plaintiff,

vs.

YIKES, INC., d/b/a GUNSIGHT SALOON, LOWER VALLEY PROCESSING, INC., RANGE LAND & CATTLE CO., LLC., AND JOHN DOES 1-4,

Defendants.

---

RANGE LAND & CATTLE CO. LLC,

Cross-Claimant,

vs.

YIKES, INC. d/b/a GUNSIGHT SALOON, and LOWER VALLEY PROCESSING, INC. ,

Cross-Claim Defendants.

CV 24-151-M-KLD

ORDER

LOWER VALLEY PROCESSING, INC.,

Cross-Claimant,

vs.

RANGE LAND & CATTLE CO., LLC, and YIKES, INC., d/b/a GUNSIGHT SALOON,

Cross-Claim Defendants.

---

YIKES, INC., d/b/a GUNSIGHT SALOON,

Cross-Claimant,

vs.

LOWER VALLEY PROCESSING, INC., and RANGE LAND & CATTLE CO., LLC,

Cross-Claim Defendants.

---

Plaintiff Adam Starks moves for the admission of William Dale Marler to practice before this Court in this case with Michael Bliven to act as local counsel. Mr. Marler's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit William Marler pro hac vice is GRANTED on the condition that Mr. Marler shall

do his own work. This means that Mr. Marler must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Local counsel may move for the admission pro hac vice of one (1) associate of Mr. Marler's firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Marler.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Marler, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 21st day of February, 2025.

Kathleen L. DeSoto
United States Magistrate Judge